UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 22-822 MWF (PDx)** | Date: May 18, 2022 |
| Title | **John Irizawa v. Shun Li Chang, et al.** | |

Present: The Honorable: **MICHAEL W. FITZGERALD**, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on February 7, 2022. (Docket No. 1). Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint expired on May 9, 2022. The Court notes that Plaintiff has filed Proofs of Service ("POS") reflecting service of the Summons, Complaint, Notice of Disability Access, and other case-initiating documents on Defendants. (Docket Nos. 15 and 16). "On April 8, 2022, Hector Hsu agreed to accept service of initiating documents via email on behalf of Defendants …." (*Id*., at 2). No Waiver of Service or stipulation regarding service by email was filed with the POS.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **MAY 31, 2022**.

- BY PLAINTIFF: PROOFS OF SERVICE of Summons, Complaint, and ADA Disability Access Litigation/Application for Stay and Early Mediation Packet on Defendants.

    AND

- BY DEFENDANTS: RESPONSE TO THE COMPLAINT ("Response") or APPLICATION FOR STAY AND EARLY MEDIATION ("ADA Application") by Defendants who have been properly served.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-822 MWF (PDx)**                                    Date:  May 18, 2022

Title        **John Irizawa v. Shun Li Chang, et al.**

OR

■ BY PLAINTIFF:  APPLICATIONS FOR CLERK TO ENTER DEFAULT for Defendants who have been properly served and who have not timely responded to the Complaint or filed an ADA Application.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm