JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN IRIZAWA, an individual, | Case No.: 2:22-cv-00822-MWF (PDx) |
| Plaintiff, | *Hon. Michael W. Fitzgerald* |
| v. | |
| SHUN LI CHANG, Trustee of the Shun Li and Helen Chang Trust dated October 31, 2017; HELEN WEICHUN CHANG, Trustee of the Shun Li and Helen Chang Trust dated October 31, 2017; and Does 1-10, | **ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: February 7, 2022<br>Trial Date:    Not on Calendar |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff John Irizawa's action against Defendants Shun Li Chang, Trustee of the Shun Li and Helen Chang Trust dated October 31, 2017; Helen Weichun Chang, Trustee of the Shun Li and Helen Chang Trust dated October 31, 2017 is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: July 28, 2022

MICHAEL W. FITZGERALD
United States District Judge